IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily Edwards, Bobby Edwards** | : | CIVIL ACTION |
| **Plaintiffs** | : | |
| v. | : | |
| | : | #11-7785 |
| **Officer Cheryl Newton, et al.** | : | |
| **Defendants** | : | |

# AMENDED SCHEDULING ORDER

AND NOW, this 8th day of January, 2013, having met with counsel to discuss scheduling issues in the above captioned case it is hereby **ORDERED** that:

**1.** **All discovery SHALL close on March 1, 2013.**

    a. All witnesses are to be identified by **November 2, 2012.**

    b. Assignment sheet with photographs is to be produced by **November 30, 2012.**

    c. Complete IAD file for all Philadelphia police officers assigned to the 18th and 19th districts including (1) all excessive force complaints dated June 21, 2007 through June 21, 2010 and the dispositions of those complaints; and (2) all IAD complaints filed against the individually named defendants is to be produced by **December 7, 2012.**

    d. All training materials including, but not limited to, every Directive 22 issued since the year 2000 are to be produced by **December 7, 2012.**

    e. Plaintiff's expert report is due **March 22, 2013.**

    f. Defense's expert report is due **April 15, 2013.**

    g. Expert depositions are to be conducted in **April 2013**.

**2.** All pre-trial motions including but not limited to Summary Judgement Motions are to be docketed with the Clerk of Court and a copy delivered to Judge Restrepo's Chambers - Suite

3038, 601 Market Street, Philadelphia, PA 19106 no later than **May 15, 2013.**

3.	Opposition to said motions are to be docketed with the Clerk of Court and a copy delivered to Judge Restrepo's Chambers - Suite 3038, 601 Market Street, Philadelphia, PA 19106 no later than **May 29, 2013.**

4.	Reply briefs are to be docketed with the Clerk of Court and a copy delivered to Judge Restrepo's Chambers - Suite 3038, 601 Market Street, Philadelphia, PA 19106 no later than **June 4, 2013.**

5.	All parties **SHALL** comply with the following protocol as to Summary Judgement pleadings:

	**A.**  The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, all material facts which the movant contends are undisputed;

	**B.**  The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts, responding to the numbered paragraphs set forth in the movant's Statement of Undisputed Facts, which the respondent contend present a genuine issue to be tried.  The respondent shall also set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude summary judgment.

	**C.**  All material facts set forth in the Statement of Undisputed Facts required to be served by the movant shall be admitted unless controverted by the opposing party.

	**D.**  Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each of the statements.  Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title, page and line of the document

supporting the statement.

  **E.**  For purposes of summary judgement, counsel shall submit a joint appendix, including any and all exhibits that may be referenced in their respective motions, no later than **May 15, 2013.**  All pages/exhibits of said appendix shall be "bates stamped" and referenced in the motions consistent with the bates number assigned each page. The undersigned will not consider any document/exhibit not included in said appendix.

  **Failure of the movant to follow this procedure in all respects will result in the denial of the motion.  Respondent's failure to comply will result in the Court's considering the motion as uncontested.**

**6.** Jury Selection and Opening Statements in this case will begin at **9:30 a.m. on July 12, 2013** in Courtroom Number 3I - Third Floor 601 Market Street.

**7.** The presentation of evidence will begin on **July 15, 2013** at **9:30 a.m.** in Courtroom Number 3I - Third Floor 601 Market Street.

**8.** All pretrial memorandum are to be filed with the Clerk of Court and a copy delivered to Judge Restrepo's Chambers no later than **June 7, 2013**.

**9.** All parties shall prepare and file their respective pretrial memorandums consistent with Local Rule of Civil Procedure 16.1( c ) **-** the parties shall also include or attach to their pretrial memorandum the following:

  (i) the identity of each expert witness to be called at trial by the party;

  (ii) a curriculum vitae for each expert witness;

  (iii) the identity of each fact witness to be called at trial with a concise statement of the nature of the expected testimony (witness not listed may not be called by that party in its case-in-chief);

      (iv)    designation of deposition testimony to be offered at trial;

      (v)    an itemized statement of damages or other relief sought;

      (vi)    a statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

**10.** No later than **June 7, 2013** the parties shall file with the Clerk of Court **JOINT** proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party shall also file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission. In submitting proposed points for charge, the parties are directed to the Model Civil Jury Instructions which are available on line at:

    **http://www.ca3.uscourts.gov/modeljuryinstructions.htm**

Where applicable, the Court will use the Model Civil Jury Instructions to instruct the jury. In submitting points for charge based on the Model Jury Instructions, the parties need only refer to the Model Instruction by number and do not need to submit the text of the Instruction.

Jury instructions shall be submitted on a separate sheet of paper, double spaced, with accurate quotes from and citations to cases and pattern jury instructions where appropriate. The parties shall also provide the Court at Chambers with proposed jury instructions on a computer disk in WordPerfect 12.0 for Windows format.

**11.** No later than **June 7, 2013** the Parties are to compile a **JOINT** final version of any and all trial exhibits. Two copies of each trial exhibit shall also be delivered to Judge Restrepo's chambers no later than **June 7, 2013.**

                                          BY THE COURT:

                                          /s/ L. Felipe Restrepo
                                          L. Felipe Restrepo
                                          United States Magistrate Judge