IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMILY EDWARDS, et al.          :   CIVIL ACTION
                               :
                               :
    v.                         :
                               :
OFFICER CHERYL NEWTON, et al.  :   NO. 11-7785

# ORDER

**AND NOW,** this 25th day of June, 2013, upon consideration of Defendants' Motion[1] for Summary Judgment (Doc. 22), and Plaintiffs' response thereto (Docs. 23), is hereby **ORDERED** that Defendants' Motion is granted in part and denied in part as follows:

1. Defendants' Motion to Dismiss all claims asserted against Defendant Thomas Howe is **GRANTED**, and Thomas Howe is dismissed as a party to this action.

2. Defendants' Motion to Dismiss all claims asserted against Defendant Thomas Lauf is **GRANTED**, and Thomas Lauf is dismissed as a party to this action.

3. Defendants' Motion to dismiss all claims asserted against Defendant Joseph McGarry is **GRANTED**, and Joseph McGarry is dismissed as a party to this action.

4. Defendants' Motion to Dismiss all claims asserted against Defendant City of Philadelphia is **GRANTED**, and the City is dismissed as a party to this action.

5. Defendants' Motion to Dismiss all claims asserted against Defendant Mayor Michael Nutter is **GRANTED**, and Mayor Nutter is dismissed as a party to this action.

6. Defendants' Motion to Dismiss all claims asserted against Defendant Charles Ramsey is **GRANTED**, and Chalres Ramsey is dismissed as a party to this action.

---

[1]Defendants' Motion (Doc. 22) is on behalf of the following named Defendants: City of Philadelphia, Mayor Michael Nutter, Charles Ramsey, Marc Moreau, Thomas Howe, Thomas Lauf, and Joseph McGarry. No motion was presented on behalf of Defendants Cheryl Newton, Vivianna Reyes, and Andrea Westbrook.

7. Defendants' Motion to Dismiss Plaintiff Bobby Edwards' claims against Defendant Marc Moreau is **GRANTED.**

8. Defendants' Motion to Dismiss Counts One and Two against Defendant Marc Moreau is **DENIED.**

9 Defendants' Motion to Dismiss Count Three Against Defendant Marc Moreau is **GRANTED**.

Defendants' Motion to Dismiss Counts Eight and Nine against Defendant Marc Moreau is **GRANTED.**

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. Felipe Restrepo
United States District Court Judge